JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DUPREE PIERRE BARBER,<br><br>Plaintiff,<br><br>v.<br><br>JERI SHEPHERD et al.,<br><br>Defendants. | Case No. CV 22-09010-MRA (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

Date: May 10, 2024

_____
MONICA RAMIREZ ALMADANI
United States District Judge